# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

133778

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY LEE BYZEWSKI and
KATHLEEN ANN BYZEWSKI,
      Plaintiffs-Appellants,

v

JEFFREY ALAN BAUMBACH and
GENERAL MOTORS CORPORATION,
      Defendants-Appellees,

and

RICHARD NASH,
      Appellee.

SC: 133778
COA: 272441
Oakland CC: 1999-016119-NI

_____/

      On order of the Court, the application for leave to appeal the March 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

s1114

_____
Clerk